IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| The Lincoln National Life Insurance Company, f/k/a Jefferson Pilot Financial Insurance Company, | ) ) ) ) | C/A No.: 6:09-666-HFF |
| Plaintiff, | ) ) ) | **CONSENT ORDER DISMISSING DEFENDANT DEBORAH K. MARLER'S FIRST COUNTERCLAIM WITHOUT PREJUDICE** |
| vs. | ) ) | |
| Ann R. Marler, Christopher G. Marler, Jr., and Deborah K. Marler, | ) ) ) | |
| Defendants. | ) ) ) | |

This matter is before the Court upon joint motion of the Plaintiff and Defendant Deborah K. Marler, pursuant to Rule 41(a)(2)(c), for the dismissal of Defendant Deborah K. Marler's First Counterclaim against the Plaintiff concerning a claim for benefits under Industrial Recovery and Recycling, Inc.'s Accidental Death and Dismemberment ("AD&D") plan without prejudice. The grounds for this motion are that Defendants have not exhausted their administrative remedies with respect to the AD&D claim, and that this appeal is ongoing.

NOW, THEREFORE, upon the joint motion of the Plaintiff and Defendant Deborah K. Marler, and for good cause shown,

IT IS HEREBY ORDERED that Defendant Deborah K. Marler's First Counterclaim against the Plaintiff as to the AD& D plan be dismissed without prejudice.

                                                s/Henry F. Floyd
                                                Henry F. Floyd
                                                UNITED STATES DISTRICT JUDGE

April _24___, 2009
Spartanburg, South Carolina

**WE SO CONSENT:**

s/ Theodore D. Willard , Jr.
Theodore D. Willard, Jr.
Federal I.D. No.:  5136
MONTGOMERY WILLARD, LLC
1002 Calhoun Street (29201)
Post Office Box 11886
Columbia, South Carolina 29211-1886
Telephone:  (803) 779-3500

ATTORNEYS FOR THE PLAINTIFF THE LINCOLN
NATIONAL LIFE INSURANCE COMPANY,
f/k/a JEFFERSON PILOT FINANCIAL INSURANCE
COMPANY

/s/ Edwin L. Turnage

Edwin L. Turnage
HARRIS & GRAVES, P.A.
812 Laurens Road
Greenville, South Carolina 29606
Telephone: (864) 235-1331

ATTORNEYS FOR DEFENDANT
DEBORAH K. MARLER